IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEAN AUDWYN-MAURICE
BLISSETt, III,

      Petitioner,                No. CIV S-10-0069 KJM P

   vs.

DEPARTMENT OF MENTAL
HEALTH,
      Respondent.

_____/ <u>ORDER</u>

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 together with a request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Petitioner has submitted a declaration that makes the showing required by § 1915(a). Accordingly, the request to proceed in forma pauperis will be granted. 28 U.S.C. § 1915(a).

        The exhaustion of state court remedies is a prerequisite to the granting of a petition for writ of habeas corpus. 28 U.S.C. § 2254(b)(1). A petitioner satisfies the exhaustion requirement by providing the highest state court with a full and fair opportunity to consider all claims before presenting them to the federal court. <u>Picard v. Connor</u>, 404 U.S. 270, 276 (1971).
/////

1 |   After reviewing the petition for habeas corpus, the court finds that petitioner has
2 | failed to exhaust state court remedies. The claims have not been presented to the California
3 | Supreme Court. Further, there is no allegation that state court remedies are no longer available
4 | to petitioner. Accordingly, the petition will be dismissed without prejudice.

   Good cause appearing, IT IS HEREBY ORDERED that:

   1. Petitioner is granted leave to proceed in forma pauperis;

   2. The Clerk of the Court is directed to serve a copy of this order together with a copy of the petition filed in the instant case on the Attorney General of the State of California;

   3. Petitioner's application for a writ of habeas corpus is dismissed for failure to exhaust state remedies;

   4. The court declines to issue a Certificate of Appealability, see 28 U.S.C. § 2253(c); and

   5. This case is closed.

DATED: February 11, 2010.

_____
U.S. MAGISTRATE JUDGE

1
blis0069.103